No. 77–75. SYSTEMATIC TOOL & MACHINE CO. ET AL. *v.* WALTER KIDDE & CO., INC. C. A. 3d Cir. Certiorari denied.

No. 77–76. SMITH ET UX. *v.* VILLAGE OF LAGRANGE. Ct. App. Ohio, Ashland County. Certiorari denied.

No. 77–78. McFADDEN *v.* G. H. McSHANE CO., INC. C. A. 3d Cir. Certiorari denied.

No. 77–80. POLIN *v.* CONDUCTRON CORP. ET AL. C. A. 8th Cir. Certiorari denied.

No. 77–82. CICHANSKI *v.* HONEYWELL, INC. C. A. 7th Cir. Certiorari denied.

No. 77–87. KAMA CORP. *v.* LOCAL No. 1451, U. A. W., INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA. C. A. 3d Cir. Certiorari denied.

No. 77–89. LUCOM *v.* REID ET AL. C. A. 5th Cir. Certiorari denied.

No. 77–90. ALFONSO ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–92. TAYLOR INDUSTRIES, INC. *v.* PANDUIT CORP. C. A. 6th Cir. Certiorari denied.

No. 77–95. CONTINENTAL ACCEPTANCE CORP. *v.* RIVERA. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 77–98. CALIFORNIA, BY AND THROUGH THE DEPARTMENT OF TRANSPORTATION *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 77–100. ATWELL *v.* O'CONNELL ET AL. C. A. 6th Cir. Certiorari denied.